Troutman Pepper Locke LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08540

troutman.com

**Richard J. Reibstein**

E: rreibstein@troutman.com

November 4, 2025

<u>VIA ECF</u>

Honorable Susan D. Wigenton
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

Re:   *Genomic Prediction, Inc. v. Nathan Treff, et al.* – No. 2:25-cv-16850-SDW-AME: Consent to Defendants' Motion to File Surreply [ECF No. 19]

Dear Judge Wigenton:

This firm represents Plaintiff Genomic Prediction, Inc. ("Plaintiff") in the above-captioned matter currently pending before this Court. Early this morning, Defendants Nathan Treff, Talia Metzgar, and Nucleus Genomics, Inc. ("Defendants") filed a motion for leave to file a joint surreply in further opposition to Plaintiff's Application for Preliminary Injunction with Temporary Restraining Order and Limited Expedited Discovery [ECF No. 19]. The proposed Memorandum of Law and Supplemental Declaration of Kian Sadeghi were filed under seal and provided to Plaintiff shortly thereafter [ECF Nos. 20 and 21].

Plaintiff consents to Defendants' motion to file the surreply and supplemental declaration thereto in the form submitted to the Court by Defendants.

Respectfully submitted,

TROUTMAN PEPPER LOCKE LLP

By: */s/ Richard J. Reibstein*
    Richard J. Reibstein

cc: All counsel of record via ECF

321677683v2