

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2025 NOV -4  A 10: 0⁻

**Matthew F Bruno**
Manatt, Phelps & Phillips, LLP
Direct Dial: (212) 790-4525
MBruno@manatt.com

October 31, 2025

**VIA HAND DELIVERY**

The Honorable Susan D. Wigenton
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:    ___*Genomic Prediction, Inc. v. Nathan Treff, et al.*, No. 2:25-cv-16850-SDW-AME___

Dear Judge Wigenton:

We represent Defendants Nathan Treff and Nucleus Genomics, Inc. in the above-captioned action.  Pursuant to Your Honor's Judicial Preferences, enclosed is a courtesy copy of the following materials that were filed via the District of New Jersey CM/ECF system:

- Declaration of Nathan Treff, dated October 30, 2025, with Exhibits 1 to 3, FILED UNDER SEAL (ECF No. 10);
- Declaration of Kian Sadeghi, dated October 30, 2025, with Exhibits 1 to 9, FILED UNDER SEAL (ECF No. 11);
- Declaration of Talia Metzgar, dated October 30, 2025 (ECF No. 12);
- Defendants' Memorandum of Law in Opposition to Plaintiff's Application for a Preliminary Injunction with Temporary Restraining Order and Limited Expedited Discovery, dated October 30, 2025, and accompanying Proposed Order (ECF No. 13); and
- Certificate of Service, dated October 31, 2025 (ECF No. 14).

We thank the Court for its consideration of this matter and are available to answer any questions Your Honor may have.

Respectfully submitted,

Matthew F. Bruno

Enclosures

# manatt

7 Times Square
New York, New York 10036

2025 NOV -4  A 10 0:
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED