Troutman Pepper Locke LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08540

troutman.com

**Richard J. Reibstein**

E: rreibstein@troutman.com

November 6, 2025

<u>**VIA ECF**</u>

Honorable Susan D. Wigenton
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

**Re:** *Genomic Prediction, Inc. v. Nathan Treff, et al.* **– No. 2:25-cv-16850-SDW-AME: Defendants' Emergency Motion to Seal [ECF No. 25]**

Dear Judge Wigenton:

This firm represents Plaintiff Genomic Prediction, Inc. ("Plaintiff") in the above-captioned matter currently pending before this Court.

Last night, defendants Nucleus Genomics, Inc. and Nathan Treff filed an emergency motion to seal a document filed by Plaintiff [ECF No. 25]. Plaintiff intends to file a response to that motion by the end of the day today.

Respectfully,

TROUTMAN PEPPER LOCKE LLP


By: */s/ Richard J. Reibstein*
    Richard J. Reibstein

cc: All counsel of record via ECF

250368784v1